UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STANLEY W. SMITH,<br><br>      **Plaintiff,**<br><br>v.<br><br>MARK HEMPHILL,<br><br>      **Defendants.** | Case No. 3:13 - cv - 00530 - AA<br><br>DEFAULT JUDGMENT |

  The defendant, Mark Hemphill, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon declaration that defendant is indebted to plaintiff in the principal sum of $301,620.15 plus interest thereon; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation made certain; it is hereby

Page 1 –DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

762988.doc

ORDERED, ADJUDGED, and DECREED that plaintiff, Stanley W. Smith, recovers from defendant, Mark Hemphill, the sum of $310,245.22, which includes attorney fees and costs, plus post judgment interest according to law from the date of this judgment until the entire amount is paid. The applicable post-judgment interest rate is .13 %.

This judgment is entered at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

Dated: 1/9/2014

By: _____
The Honorable Ann Aiken, US District Judge


Submitted by:

BLACK HELTERLINE LLP


_____/s/ Britta E. Warren_____
Britta E. Warren, OSB No. 065441
bew@bhlaw.com
BLACK HELTERLINE LLP
805 SW Broadway, Ste. 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148
Of Attorneys for Plaintiff